UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 25-25140-CIV-RUIZ

APPLE CORPS LIMITED and SUBAFILMS
LIMITED,

        Plaintiffs,

vs.

CRUSHPRINTS.COM, *et al.,*

        Defendants.

_____/

## CERTIFICATE OF SERVICE

I certify and declare that I am over the age of 18 years, employed in the county of Broward, and I am an attorney for Plaintiffs, Apple Corps Limited and Subafilms Limited, in the above captioned action.

On January 8, 2026, Stephen M. Gaffigan, P.A. posted copies of the following document(s) on the website http://servingnotice.com/ahute9/index.html, in compliance with this Court's Order dated January 6, 2026 [D.E. 19]:

1. Complaint

2. Civil Cover Sheet

3. Clerk's Notice of Judge Assignment to Judge Rodolfo A. Ruiz, II and Magistrate Judge Lauren F. Louis

4. AO-120 Form

5. Order to Show Cause

6. Plaintiffs' Response to the Court's Order to Show Cause

7. Declaration of Paul Cole in Support of Plaintiffs' Response to the Court's Order to Show Cause

8. Order on Plaintiffs' Response to Order to Show Cause

9. Omnibus Order Regarding Schedule "A" Causes of Action

10. Corporate Disclosure Statement

11. Plaintiffs' Verified Response to the Court's Omnibus Order

12. Motion to File Under Seal

13. Proposed Order Granting Motion to File Under Seal

14. Plaintiffs' *Ex Parte* Application for Entry of Temporary Restraining Order and Order Restraining Transfer of Assets and Memorandum of Law in Support Thereof ("*Ex Parte* Application for TRO")

15. Declaration of T. Raquel Wiborg-Rodriguez in Support of *Ex Parte* Application for TRO

16. Declaration of Paul Cole in Support of *Ex Parte* Application for TRO, together with supporting exhibit

17. Declaration of Kathleen Burns in Support of *Ex Parte* Application for TRO, together with supporting exhibit

18. Proposed Order Granting *Ex Parte* Application for TRO

19. *Ex Parte* Motion for Order Authorizing Alternate Service of Process on Defendant Pursuant to Federal Rule of Civil Procedure 4(f)(3) and Memorandum of Law in Support Thereof

20. Declaration of T. Raquel Wiborg-Rodriguez in Support of Motion for Order Authorizing Alternate Service of Process, together with supporting exhibits

21. Declaration of Kathleen Burns in Support of Motion for Order Authorizing Alternate Service of Process, together with supporting exhibit

22. Proposed Order Granting Motion for Order Authorizing Alternate Service of Process

23. Order Denying Motion to File Under Seal

24. Amended Complaint

25. Plaintiffs' Amended Verified Response to the Court's Omnibus Order

26. Plaintiffs' Renewed Application for Entry of Temporary Restraining Order and Order Restraining Transfer of Assets and Memorandum of Law in Support Thereof ("Renewed Application for TRO")

27. Declaration of T. Raquel Wiborg-Rodriguez in Support of Renewed Application for TRO

28. Declaration of Paul Cole in Support of Renewed Application for TRO, together with supporting exhibit

29. Declaration of Kathleen Burns in Support of Renewed Application for TRO, together with supporting exhibit

30. Proposed Order Granting Renewed Application for TRO

31. Plaintiffs' Renewed Motion for Order Authorizing Alternate Service of Process on Defendant Pursuant to Federal Rule of Civil Procedure 4(f)(3) and Memorandum of Law in Support Thereof

32. Declaration of T. Raquel Wiborg-Rodriguez in Support of Renewed Motion for Order Authorizing Alternate Service of Process, together with supporting exhibits

33. Declaration of Kathleen Burns in Support of Renewed Motion for Order Authorizing Alternate Service of Process, together with supporting exhibit

34. Proposed Order Granting Renewed Motion for Order Authorizing Alternate Service of Process

35. Order Granting Renewed Motion for Order Authorizing Alternate Service of Process

36. Order Granting Renewed Application for Entry of Temporary Restraining Order and Order Restraining Transfer of Assets

37. Notice of Filing Proposed Summonses

Dated: January 12, 2026  Respectfully submitted,

STEPHEN M. GAFFIGAN, P.A.

By:    s:/*Stephen M. Gaffigan*/
Stephen M. Gaffigan (Fla. Bar No. 025844)
Virgilio Gigante (Fla. Bar No. 082635)
T. Raquel Wiborg-Rodriguez (Fla. Bar No. 103372)
401 East Las Olas Blvd., Suite 130-453
Ft. Lauderdale, Florida 33301
Telephone: (954) 767-4819
E-mail: Stephen@smgpa.cloud
E-mail: Leo@smgpa.cloud
E-mail: Raquel@smgpa.cloud

*Attorneys for Plaintiffs*