UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 25-25140-CIV-RUIZ

APPLE CORPS LIMITED and SUBAFILMS LIMITED,

   Plaintiffs,

vs.

CRUSHPRINTS.COM, *et al.,*

   Defendants.

_____/

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on January 14, 2026, Stephen M. Gaffigan, P.A., posted copies of the following document(s) on the website http://servingnotice.com/ahute9/index.html:

 1. Order Setting Hearing on Motion for Entry of Preliminary Injunction [D.E. 27]

Dated: January 14, 2026    Respectfully submitted,

            STEPHEN M. GAFFIGAN, P.A.

            By:  s:/*Stephen M. Gaffigan/*
            Stephen M. Gaffigan (Fla. Bar No. 025844)
            Virgilio Gigante (Fla. Bar No. 082635)
            T. Raquel Wiborg-Rodriguez (Fla. Bar No. 103372)
            401 East Las Olas Blvd., Suite 130-453
            Ft. Lauderdale, Florida 33301
            Telephone: (954) 767-4819
            E-mail: Stephen@smgpa.cloud
            E-mail: Leo@smgpa.cloud
            E-mail: Raquel@smgpa.cloud

            *Attorneys for Plaintiffs*